IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARYL A. ROYSTER, et al.,
    Plaintiffs,

vs.                                Case No. 3:06cv40/MCR/EMT

STATE OF FLORIDA, et al.,
    Defendants.
_____/

## ORDER, REPORT AND RECOMMENDATION

      By order of this court dated February 1, 2006, Plaintiffs were given thirty (30) days in which to jointly pay the $250.00 filing fee or separately file complete applications to proceed in forma pauperis (Doc. 4).  That time elapsed with no response from Plaintiffs, and this court issued an order to show cause, if any, why this case should not be dismissed for failure to comply with an order of the court (Doc. 5).  In response, Plaintiff Alberta Royster filed a motion to proceed in forma pauperis (Doc. 6); however, Plaintiff Daryl Royster did not file such a motion nor pay the filing fee.

      Upon review of Plaintiff Alberta Royster's motion for leave to proceed in forma pauperis, the court notes that her income is $1,500.00 per month and her expenses are $1,100.00 (Doc. 6 at 3-4).  Moreover, Plaintiff Alberta Royster had approximately $800.00 in cash at the time she filed the motion for leave to proceed in forma pauperis, and she owns a house valued at $60,000.00.  Therefore, the court concludes the motion should be denied.  In order to proceed with this case, Plaintiff Alberta Royster must pay the full filing fee of $250.00.

      Accordingly, it is **ORDERED**:

      1.      Plaintiff Alberta Royster's motion to proceed in forma pauperis (Doc. 6) is **DENIED**.  Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff Alberta Royster shall pay the full $250.00 filing fee.  The check should be made payable to "Clerk, U. S. District Court."

Failure to submit this amount may result in a recommendation to the District Court that this case be dismissed.

And it is respectfully **RECOMMENDED**:

1. That Plaintiff Daryl Royster be **DISMISSED** from this action for failure to comply with an order of the court.

2. That the clerk be directed to amend the docket to reflect that Daryl Royster is no longer a Plaintiff in this action.

**DONE AND ORDERED** this 11th day of April 2006.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**