**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

DARYL A. ROYSTER, et al.,
    Plaintiffs,

vs.                              Case No. 3:06cv40/MCR/EMT

STATE OF FLORIDA, et al.,
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 11, 2006.  Plaintiffs have been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  Plaintiff Daryl Royster is **DISMISSED** from this action for failure to comply with an order of the court.

    3.  The clerk is directed to amend the docket to reflect that Daryl Royster is no longer a Plaintiff in this action.

    **DONE AND ORDERED** this 12th day of May, 2006.


s/ *M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**