**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

ALBERTA ROYSTER,
    Plaintiff,

vs.                                            Case No.: 3:06cv40/MCR/EMT

STATE OF FLORIDA, et al.,
    Defendants.

_____/

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 22, 2006.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

      Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.    This case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the court.

      **DONE AND ORDERED** this 27th day of July, 2006.

                                                            s/ *M. Casey Rodgers*
                                                            **M. CASEY RODGERS
                                                           UNITED STATES DISTRICT JUDGE**